AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Eastern District of Texas

| | | |
|---|---|---|
| SIGNIFY NORTH AMERICA CORPORATION and SIGNIFY HOLDING B.V. <br><br> *Plaintiff(s)* <br><br> v. <br><br> ARTIKA FOR LIVING INC. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.   26-cv-653 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   ARTIKA FOR LIVING INC.
800, boulevard Hymus, Saint-Laurent, Quebec,
Quebec, H4S 0B5.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   **7/31/2026**

*David A. O'Toole*
*Signature of Clerk or Deputy Clerk*